**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: S.G., A MINOR | : | No. 82 MAL 2024 |
| | : | |
| | : | |
| PETITION OF: K.V., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: A.G., A MINOR | : | No. 83 MAL 2024 |
| | : | |
| | : | |
| PETITION OF: K.V., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: S.G., A MINOR | : | No. 84 MAL 2024 |
| | : | |
| | : | |
| PETITION OF: K.V., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: N.G., A MINOR | : | No. 85 MAL 2024 |
| | : | |
| | : | |
| PETITION OF: K.V., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: U.G., A MINOR | : | No. 86 MAL 2024 |
| | : | |
| | : | |
| PETITION OF: K.V., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.